

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Stacey Lynn Noska v. The State of Texas

Appellate case numbers:  01-21-00314-CR, 01-21-00315-CR

Trial court case numbers: CR-19-047-C1, CR-19-047-C11

Trial court:             25th District Court of Colorado County

On January 18, 2022, Appellant Stacey Lynn Noska filed a motion for extension of time in which to file her appellate brief. This is Appellant's fourth request for an extension. Her brief originally was due on October 18, 2021, and she now seeks until February 1, 2022 to file her brief.

Appellant's motion is **granted**. Appellant's brief is due February 1, 2022. **No further extensions will be granted.**

It is so ORDERED.


Judge's signature: /s/ Veronica Rivas Molloy
            Acting individually


Date: January 25, 2022